**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JAMES E. GRIZZARD, and GERMAN
GOLDBONDHOLDERS REDEMPTION GROUP, LLC,
individually and on behalf of all
persons similarly situated,

v.                                                                    CASE NO: 8:05-cv-2223-T-26TGW

BUNDESPREPUBLIK DEUTSCHELAND a/k/a
"FEDERAL REPUBLIC OF GERMANY," et al.,

    Defendants.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that Plaintiff's Motion for Stay of Proceedings and/or Continuance of Rule 26 Conference (Dkt. 64) is granted in part and denied in part. The parties are relieved of the responsibility of meeting by March 17, 2006, for the purpose of preparing a case management report as directed in this Court's order of February 16, 2006. The Court, however, is not inclined to enter a stay without first conducting a status conference. Accordingly, the Court will conduct an expedited status conference at which the issue of a stay will be addressed on Wednesday, March 22, 2006, at 9:00 a.m., in Courtroom 15B, United States Courthouse, 801 North Florida Avenue, Tampa, Florida. Out-of-state counsel may appear telephonically so long as they advise Deputy Courtroom Clerk Rita Cole (813-301-5354) 24 hours prior to the conference of the telephone number at which they can be reached.

    **DONE AND ORDERED** at Tampa, Florida, on March 16, 2006.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA
                                        UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record